Griesa, J.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EFRAIN SALDIVAR and ZACARIAS
HERNANDEZ,
on behalf of themselves and others similarly
situated,

          **Plaintiffs,**

        **-against-**

DOWNTOWN KITCHEN LLC
d/b/a DOWNTOWN KITCHEN d/b/a
DEB'S CATERING and DEBORAH BARALL
MILLER,

        **Defendants.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Case No. 12-cv- 6180 (TPG)**

**STIPULATION OF VOLUNTARY**
**DISMISSAL PURSUANT TO F.R.C.P.**
**41(a)(1)(A)(ii)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 2/21/13

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective

counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against the defendants,

DOWNTOWN KITCHEN LLC d/b/a DOWNTOWN KITCHEN d/b/a DEB'S CATERING and

DEBORAH BARALL MILLER, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

For the Defendants:

By: _____
Marjorie E. Berman, Esq.
Krantz & Berman LLP
747 Third Avenue, 32nd Floor
New York, New York 10017
Telephone: (212) 661-0009
Fax: (212) 355-5009
mberman@krantzberman.com

Date: 2/15/13

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Telephone: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

Date: 2-15-13

**SO ORDERED:**

Dated: 2/21/13

_____
Hon. Thomas P. Griesa, U.S.D.J